MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR05-5125 |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| ROCKEY PULLEY, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

IT IS HEREBY ORDERED that the trial date be continued to November 14, 2005. The period of delay resulting from this continuance from August 15, 2005, to November 14, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 1ST day of August, 2005.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented By:

_/s/_____
Russell V. Leoanrd
Attorney for Defendant

/s/_____
Barbara Sievers
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710