
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,                )
                                         )
                        Plaintiff,       )     NO.  CR05-5125
                                         )
            v.                           )     ORDER FOR DISMISSAL
                                         )
ROCKEY R. PULLEY,                        )
                                         )
                        Defendant.       )
_____)

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information, CR05-5125, against ROCKEY R. PULLEY, defendant.

DATED this _14th_ day of November, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this _14th_ day of November, 2005.

UNITED STATES MAGISTRATE JUDGE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970